# Court of Appeals
# of the State of Georgia

ATLANTA,   April 16, 2013

*The Court of Appeals hereby passes the following order:*

**A13D0209.   CLAYTON COUNTY BOARD OF EDUCATION v. GALA RACHELE.**

On February 19, 2013, we denied the Clayton County Board of Education's application for discretionary appeal. Clayton County filed a motion for reconsideration, pointing out that we subsequently granted an application that presents exactly the same issue and contending that the cases should be considered together. See Case No. A13D0232, *Clayton County Bd. of Educ. v. Wilmer* (Order of March 4, 2013).

Because Clayton County's argument is persuasive, we hereby GRANT its motion for reconsideration. Our February 19, 2013, order is VACATED, and this application is REINSTATED and GRANTED. The Appellant may file a Notice of Appeal within 10 days of the date of this order. The Clerk of Superior Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta, 04/16/2013
    *I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
    *Witness my signature and the seal of said court* hereto affixed the day and year last above written.

 , *Clerk.*